No. 66563.—Rotel Corp. of America v. United States, protests 61/3873, 61/16236, and 61/5911 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of food juicers similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.

No. 66564.—The Durst Mfg. Co., Inc. v. United States, protest 60/25579 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cock assemblies, which are constituent and integral parts of toilet-box assemblies, the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

No. 66565.—Trans Atlantic Company v. United States, protests 316092–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brackets for door closers similar in all material respects to those the subject of *Trans Atlantic Company* v. *United States* (48 C.C.P.A. 30, C.A.D. 758), the claim of the plaintiff was sustained.